# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1537

HOMELAND HOUSEWARES, LLC,

    Plaintiff/Counterclaim Defendant-Appellee,

and

HASTIE2MARKET, LLC, C-SQUARED TV, INC.,
INFOMERCIAL CONSULTING CORPORATION,
BRENTWOOD CORPORATE SERVICES, INC.,
BABY BULLET, LLC, CAPITAL BRANDS, LLC,
and DOES 1-10,

    Counterclaim Defendants,

v.

SORENSEN RESEARCH AND DEVELOPMENT TRUST,

    Defendant/Counterclaimant-Appellant.

Appeal from the United States District Court for the Central District of California in case no. 11-CV-3720, Judge George H. Wu.

Authorized Abbreviated Caption[2]

HOMELAND HOUSEWARES V SORENSEN RESEARCH, 2013-1537

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.