NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HOMELAND HOUSEWARES, LLC,**

*Plaintiff/Counterclaim Defendant-Appellee,*

and

**HASTIE2MARKET, LLC, C-SQUARED TV, INC., INFOMERCIAL CONSULTING CORPORATION, BRENTWOOD CORPORATE SERVICES, INC., BABY BULLET, LLC, CAPITAL BRANDS, LLC, and DOES 1-10,**

*Counterclaim Defendants,*

v.

**SORENSEN RESEARCH AND DEVELOPMENT TRUST,**

*Defendant/Counterclaimant-Appellant.*

---

13-1537

---

Appeal from the United States District Court for the Central District of California in No. 11-CV-3720 United States District Judge George H. Wu.

_____

ON MOTION

O R D E R

Upon consideration of the Appellee Homeland Housewares, LLC's unopposed motion to extend time to file their principal brief until January 28, 2014,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

November 14, 2013          /s/ Daniel E. O'Toole
                           Daniel E. O'Toole
                           Clerk of Court

cc: Dylan C. Dang
Christian Fenton
Patricia A. Shackelford
Raymond Joseph Trojan